PER CURIAM.

Docketed and dismissed pursuant to motion of appellee.

PER CURIAM.

Order affirmed in open court on authority of Perry v. Irving Trust Company, as Trustee, etc., 69 F.(2d) 90.

Charles V. SAFFARIK, Appellant, v. UNITED STATES of America.

No. 10007.

Circuit Court of Appeals, Eighth Circuit.

May 9, 1934.

See, also, 62 F.(2d) 892; 63 F.(2d) 369.

Raymond T. Coffey, of Omaha, Neb., and J. R. Lones, for appellant.

Charles E. Sandall, U. S. Atty., of Omaha, Neb., and Robert Van Pelt, Asst. U. S. Atty., of Lincoln, Neb.

PER CURIAM.

Appeal docketed, and cause remanded, with instructions to set aside that part of judgment which sentences defendant and to dismiss indictment as to him, per stipulation of parties.

SIEGEL COMPANY v. COMMISSIONER OF INTERNAL REVENUE.

No. 6807.

Circuit Court of Appeals, Sixth Circuit.

June 6, 1934.

KixMiller, Baar & Hoffman, of Chicago, Ill., for petitioner.

Frank J. Wideman, Asst. Atty. Gen., for respondent.

PER CURIAM.

Docketed and remanded to Board of Tax Appeals for entry of order in accordance with stipulation of counsel.

In the Matter of SARNOFF–IRVING HAT STORES, Inc., Bankrupt. IRVING TRUST COMPANY, as Trustee, etc., Appellant.

No. 490.

Circuit Court of Appeals, Second Circuit.

June 20, 1934.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

Morris SINGER v. UNITED STATES of America.

No. 6692.

Circuit Court of Appeals, Sixth Circuit.

April 12, 1934.

Henry Lavine, of Cleveland, Ohio, for appellant.

E. B. Freed, U. S. Atty., of Cleveland, Ohio.